1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11  FIDELITY LIFE ASSOCIATION,             Case No. 2:14-CV-02701-MRW
12               Plaintiff,
                                            **DISMISSAL ORDER**
13          vs.
14  NATALIE LUSKIN and DARLENE
    LUSKIN,
15
                 Defendants.
16

17  DARLENE LUSKIN, an individual,
18               Counter-Claimant,
19          Vs.
20  FIDELITY LIFE ASSOCIATION, A
    LEGAL RESERVE LIFE INSURANCE
21  COMPANY; NATALIE LUSKIN, an
    individual and ROES 1-5, inclusive,
22
                 Counter-Defendants.
23

24          The parties having filed their Stipulation and Order to Release Funds
25  Deposited In Interpleader and the Clerk having disbursed the interpleaded funds
26  pursuant to said Stipulation, and good cause appearing, it is hereby ORDERED that:
27          1.     Fidelity, Natalie Luskin and Darlene Luskin have agreed to a dismissal
28  of this entire action; and,

1    2.    This action is dismissed, in its entirety, with prejudice and with each

2   party to bear its own attorney's fees and costs pursuant to agreement of parties.

3

4   Dated:  January 30, 2015

5                                              _____
                                               United States Magistrate Judge
                                               MICHAEL R. WILNER
6

7   PAS01\817983.1
    ID\TAHU - 102690\0013
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

*Fidelity Life Association, et al. v. Natalie Luskin, et al. / and related Counter-Claim*
*USDC – Central District, Case No.:  2:14-cv-02701-MRW*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On **January 29, 2015**, I served the foregoing document described as **[PROPOSED] DISMISSAL ORDER** on all interested parties in this action as follows:

| | |
|---|---|
| Law Offices of Greenwald & Greenwald<br>Jeffrey L. Greenwald, Esq.<br>23901 Calabasas Road, #2013<br>Calabasas, California  91302<br>Telephone:  818.876.1800<br>Facsimile:  818.222.4708<br>Email:  jeff@greenwaldlaw.org | Attorney for Defendant and Counter-Claimant<br>DARLENE LUSKIN |
| A.J. Glassman, Esq.<br>LAW OFFICES OF A.J. GLASSMAN<br>A Professional Law Corporation<br>5850 Canoga Ave., Fourth Floor<br>Woodland Hills, CA 91367<br>Phone     : (818) 710-2738<br>Facsimile: (818) 710-2716<br>Email: aj@ajglassman.com | Attorney for Defendant<br>NATALIE LUSKIN |

☐  **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒  **(BY ELECTRONIC MAIL)** I caused the above-named document to be served via e-mail.

☐  **(BY ELECTRONIC SERVICE)** By E-filing and transmission of the above-listed document on all parties via the CM/ECF system with the Court.

☐  **(BY OVERNIGHT SERVICE)** Via Federal Express.

☒  (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 29, 2015**, at Los Angeles, California.

___/s/_____
Karen Forrand

3